UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 10 CR 155-1 |
| | ) | |
| GONZALO GARCIA-AVILA | ) | Judge William J. Hibbler |

## GOVERNMENT'S WITNESS LIST

The following is a list of the witnesses who the United States may call in its case-in-chief:

David Ashley (DEA)
Thomas Asselborn (DEA)
Rebecca Branum (DEA)
Michael Giorgetti (DEA)
Jessica Ipema (DEA)
Krishna James (DEA)
James Laverty (DEA)
Nick Loonan (DEA)
Brian O'Neill (DEA)
Jamie Proud (DEA)
Mike Zachavek (DEA)
David Zamora (DEA)
Patricia Gonzalez
Catalina Maria Johnson, Ph.D.
Confidential Informant[1]
Christi L. Fischer
Timothy C. Anderson
Jon H. Johnson
Gloria Hernandez
Andrew Wickham

---

[1] The identity of the informant has been disclosed to defendant and will be disclosed to the Court but, for witness safety issues, is not being listed in this filing.

The United States also reserves the right to call to testify any witness on the defendant's list and any witnesses in rebuttal.

DATE: July 20, 2011

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    /s/ Christopher R. McFadden

    CHRISTOPHER R. MCFADDEN
    RENATO T. MARIOTTI
    Assistant United States Attorneys
    219 South Dearborn Street, 5th Floor
    Chicago, IL 60604
    (312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant U.S. Attorney hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the **Government's Witness List** was served pursuant to the district court's ECF system today.

DATE: July 20, 2011

By:   /s/ Christopher R. McFadden
CHRISTOPHER R. MCFADDEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312) 353-1931