Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 155 - 1 | **DATE** | 8/1/2011 |
| **CASE TITLE** | U.S.A. vs. GONZALO GARCIA-AVILA | | |

**DOCKET ENTRY TEXT**

Jury deliberation began. Jury verdict of guilty as to Counts One and Three of the indictment. Court enters judgment on the jury verdict. Trial ends - jury. Defendant's post-trial motion with supporting memoranda to be filed by 8/15/2011. Government to respond by 8/22/2011. Order cause referred to the Probation Department for presentence investigation report. Motions for departure and objections to PSR to be filed by 11/8/2011. Sentencing set for 11/15/201 at 10:30 a.m.

Docketing to mail notices.

00:35

| | Courtroom Deputy Initials: | JHC |
|---|---|---|