UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CHICAGO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | C |
| Plaintiff/Respondent | C |
| v | C   No. 10-cr-00155-1 |
| GONZALO GARCIA-AVILA | C |
| Defendant/Petitioner | C |
| | C |

### NOTICE TO CORRECTION OF ADDRESS IN WRITTEN ALOCUTION IN LIEU OF SENTENCING

Comes now Petitioner, and notifies the court that an error was made in his written allocution delivered to the court on March 2, 2012. The correct registration number is 22885-424.

Respectfully submitted,
GONZALO GARCIA-AVILA /s/
Gonzalo Garcia-Avila

22885-424

MCC Chicago

71 West Van Buren Street

Chicago, IL 60605

### CERTIFICATE OF SERVICE

On this the 5th day of March, 2012, a true and correct copy of this allocution was served on the US attorney of record in this case by fax.

GONZALO GARCIA-AVILA /s/

Gonzala Garcia-Avila